UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN RUBINSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE SECURITIES (USA) LLC, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC,<br><br>Defendants. | Case No.  1:19-cv-01069-VEC |

**DECLARATION OF JEREMY A. LIEBERMAN, ESQ.
IN RESPONSE TO THE COURT'S MAY 15, 2019 ORDER (ECF NO. 25)**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP, together with Abraham, Fruchter & Twersky, LLP, counsel on behalf of Barbara Antinoro ("Antinoro"), David Fleer ("Fleer"), and Julian Rubinstein ("Rubinstein"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in in response to the Court's May 15, 2019 Order (ECF No. 25).

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Joint Declaration executed by Antinoro, Fleer, and Rubinstein;

Exhibit B:    Order entered in *Schiro v. Cemex, S.A.B. de C.V.*, 1:18-cv-02352-VEC, ECF No. 35; and

Exhibit C:    Chart reflecting the financial interest of Rubinstein in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 31, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1