# EXHIBIT B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    6/7/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

CHRISTOPHER SCHIRO, *individually and on behalf*  :
*of all others similarly situated*,                                   :
                                                                      :
                                                                      :          18-CV-2352 (VEC)
                                       Plaintiff,          :
                                                                      :              ORDER
                          -against-                           :
                                                                      :
CEMEX, S.A.B. de C.V., FERNANDO A. GONZALEZ:
OLIVIERI, and JOSE ANTONIO GONZALEZ      :
FLORES,                                                          :
                                                                      :
                                       Defendants.     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

On March 16, 2018, Christopher Schiro filed this putative class action for violations of

Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Pursuant to 15 U.S.C. § 78u-4a(3)(B), the Court is required to determine the "most adequate

plaintiff" in this action by reference to which applicant for appointment as lead plaintiff "has the

largest financial interest in the relief sought by the class," *id.* at § 78u-4a(3)(B)(iii)(I)(bb), and

"otherwise satisfies the requirements of Rule 23," *id.* at § 78u-4a(3)(B)(iii)(I)(cc).

As relevant here, two parties sought appointment as lead plaintiff: a group of two

individuals, Messrs. Carlos Llantada and Richard Storm, Jr., and a pension fund, Stationary

Engineers Local 39 Pension Fund.  Applications for appointment as lead plaintiff were filed on

May 15, 2018.  On May 30, 2018, the applicants reached a détente and agreed to seek

appointment as co-lead plaintiffs.  *See* Dkt. 32 Ex. 1.  As the Defendants have pointed out, this

about-face was in tension with earlier arguments made by the pension fund against the grouping

of Messrs. Llantada and Storm for purposes of appointment as lead plaintiffs.  On May 30, 2018,

the Court ordered the applicants to respond to this argument and address why they were an

appropriate group in light of the factors identified in *Varghese v. China Shenguo Pharm. Holdings, Inc.*, 589 F. Supp. 2d 388, 392 (S.D.N.Y. 2008). The applicants filed their response to the Court's order on June 4, 2018.

Notwithstanding the applicants' shifting and apparently self-serving positions, the Court believes appointment of the applicants as co-lead plaintiffs will best serve the class. The proposed group includes an institutional investor and individuals, each of whom has a significant financial stake in this litigation. Each of the proposed co-lead plaintiffs is a sophisticated investor. The proposed co-lead plaintiffs have also agreed to a plan for their cooperation.

Accordingly, IT IS HEREBY ORDERED that the Court appoints the group of Messrs. Carlos Llantada and Richard Storm, Jr., and Stationary Engineers Local 39 Pension Fund as co-lead plaintiffs for the putative class in this action. The Court approves the co-lead plaintiffs' selection of Pomerantz LLP and Hach Rose Schirripa & Cheverie LLP as co-lead counsel for the putative class.

Not later than June 15, 2018, the parties must submit a joint proposed schedule for filing an amended complaint (if any) and for briefing Defendants' anticipated motion to dismiss.

The Clerk of Court is respectfully directed to close the motions at docket entries 16, 18, and 20.

**SO ORDERED.**

**Date: June 7, 2018**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

2