# EXHIBIT C

Security:     VelocityShares Daily Inverse VIX Medium Term Exchange Traded Notes
Ticker:       ZIV (NASDAQ)
Plaintiff:    Julian Rubinstein

| Trans | Date | Shares | Lifo | Fifo | Price | Lifo Calc | Fifo Calc |
|---|---|---|---|---|---|---|---|
| Open | 06/30/2017 | 763 | | | | | |
| Buy | 07/03/2017 | 371 | 371 | 371 | 69.91 | ($25,936.61) | ($25,936.61) |
| Sell | 08/16/2017 | (553) | (371) | | 72.98 | $27,075.58 | $0.00 |
| Sell | 09/01/2017 | (145) | | | 72.34 | $0.00 | $0.00 |
| Buy | 09/18/2017 | 300 | 300 | 300 | 74.79 | ($22,437.00) | ($22,437.00) |
| Buy | 10/02/2017 | 242 | 242 | 242 | 76.30 | ($18,464.60) | ($18,464.60) |
| Buy | 11/01/2017 | 114 | 114 | 114 | 81.69 | ($9,312.66) | ($9,312.66) |
| Sell | 12/01/2017 | (118) | (118) | (53) | 79.20 | $9,345.60 | $4,197.60 |
| Buy | 01/02/2018 | 97 | 97 | 97 | 89.41 | ($8,672.77) | ($8,672.77) |
| Buy | 01/16/2018 | 124 | 124 | 124 | 92.84 | ($11,512.16) | ($11,512.16) |
| Sell | 02/01/2018 | (136) | (136) | (136) | 88.93 | $12,094.48 | $12,094.48 |
| Sell | 02/16/2018 | (1,059) | (623) | (1,059) | *70.48 | $43,909.04 | $74,638.32 |
| TOTALS: | | | | | | ($3,911.10) | ($5,405.40) |

* Price is the greater of the actual Sales Price and the average of Post Class Closing Prices through 02/16/2018