**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIAN RUBINSTEIN, BARBARA ANTINORO AND DAVID FLEER Individually and on Behalf of All Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (USA) LLC, TIDJANE THIAM, AND DAVID R. MATHERS,<br><br>DEFENDANTS. | 1:19-cv-01069-VEC<br><br>**Oral Argument Requested** |

**NOTICE OF MOTION BY DEFENDANTS TO DISMISS THE**
**AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

**PLEASE TAKE NOTICE** that Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Tidjane Thiam, and David R. Mathers (collectively the "Defendants"), upon the Amended Complaint filed by Plaintiffs in the above-captioned proceeding, the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, and the Declaration of Peter J. Linken, including all exhibits thereto, will move, by and through their undersigned counsel, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, on such date that the Court will determine, for an Order, pursuant to Federal Rules of Civil Procedure 8, and 12(b)(6), dismissing with prejudice the Amended Complaint filed by Plaintiffs in the above-captioned proceeding.

Dated:   October 21, 2019
         New York, New York

Respectfully submitted,

**CAHILL GORDON & REINDEL LLP**

By: <u>/s/ David G. Januszewski</u>
    Herbert S. Washer
    David G. Januszewski
    Peter J. Linken
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 259-5420
hwasher@cahill.com
djanuszewski@cahill.com
plinken@cahill.com

*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Tidjane Thiam, and David R. Mathers*