**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JULIAN RUBINSTEIN, BARBARA ANTINORO AND
DAVID FLEER Individually and on Behalf of All
Others Similarly Situated,

                        PLAINTIFFS,

            v.

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG,
CREDIT SUISSE SECURITIES (USA) LLC, TIDJANE
THIAM, AND DAVID R. MATHERS,

                        DEFENDANTS.

1:19-cv-01069-VEC

## DECLARATION OF PETER J. LINKEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

I, PETER J. LINKEN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a member of the bars of the State of New York and this Court and Counsel at the law firm Cahill Gordon & Reindel LLP, attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Tidjane Thiam, and David R. Mathers (collectively the "Defendants") in the above-captioned action. I submit this declaration to place before the Court one publicly available document that is referenced and quoted throughout the Amended Complaint in the above-captioned action and in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint for Failure to State a Claim.

2.     Annexed hereto as Exhibit A is a true and correct copy of the January 29, 2018 VelocityShares™ Pricing Supplement No. VLS ETN-1/A48 to the Prospectus Supplement dated June 30, 2017 and Prospectus dated June 30, 2017.

- 2 -

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and

correct.

Dated:    October 21, 2019
            New York, New York

                                               Peter J. Linken