# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JULIAN RUBINSTEIN, BARBARA ANTINORO and DAVID FLEER Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

-against-                   19 **CIVIL** 1069 (VEC)

## JUDGMENT

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE SECURITIES (USA) LLC, TIDJANE THIAM, and DAVID R. MATHERS,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 28, 2020, the Defendants' motion to dismiss is granted; Plaintiffs' complaint is dismissed; accordingly, this case is closed.

**Dated:** New York, New York

    April 29, 2020

                                    **RUBY J. KRAJICK**

                                    _____

                                    Clerk of Court

                    BY:

                                    _____

                                    Deputy Clerk